UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA B. ABRAMSON,<br><br>    Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; DWWVF, INC., a California Corporation, dba DAVID WILSON'S VILLA FORD; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: **2:18-cv-01791-AB-FFM**<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS AND EXPENSES**<br><br>Honorable Judge Andre Birotte Jr. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff DONNA B. ABRAMSON ("**Plaintiff**") and Defendant FORD MOTOR COMPANY ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiff's attorney's fees, costs and expenses.

-2-

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

    (1) That Defendant shall pay the sum of $5,157.69 to Plaintiff and Plaintiff hereby agrees to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action;

    (2) That Defendant shall pay the sum of $5,157.69 to Plaintiff within 60 days of execution of this Stipulation by all counsel unless matters outside of the control of Defendant cause delay.

**The parties are ORDERED to file a Stipulation of Dismissal within 10 days of the issuance of this Order.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 23, 2022

JUDGE OF THE UNITED STATES DISTRICT COURT

Prepared by:
**KNIGHT LAW GROUP, LLP**
Roger Kirnos (SBN 283163)
rogerk@knightlaw.com
Daniel Kalinowski (SBN 305087)
danielk@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973
Attorneys for Plaintiff,
**DONNA B. ABRAMSON**